**Supreme Court**
No. 2012-86-Appeal.

Karen Lombardi          :

v.              :

City of Providence et al.       :

# O R D E R

This case came before the Supreme Court on March 6, 2013, pursuant to an order directing the parties to appear and show cause why the issues raised in this appeal should not summarily be decided. After examining the record, it has become apparent that the appellant, the State of Rhode Island, has failed to file a cross-claim against the appellee, the City of Providence. The absence of a cross-claim raises a substantial question about the appellant's standing to appeal from the entry of final judgment in favor of the plaintiff's claim against the appellee. The filing of supplemental memoranda addressing this question is required.

Accordingly, the parties are directed to file supplemental memoranda not exceeding ten (10) pages in length within fifteen (15) days of the date of this order on the issue of whether the appellant is a "party aggrieved by" the final judgment under General Laws 1956 § 9-24-1 and this Court's decisions in Adams v. United Developers, Inc., 121 R.I. 177, 179-80, 397 A.2d 503, 505-06 (1979), and Markham v. Cross Transportation, Inc., 119 R.I. 213, 229, 376 A.2d 1359, 1367-68 (1977).

Entered as an Order of this Court, this **1st** day of **April, 2013**.

By Order,

_____/s/_____

Clerk


**TITLE OF CASE:**      Karen Lombardi v. City of Providence et al.

**CASE NO:**      No. 2012-86-Appeal

**COURT:**      Supreme Court

**DATE ORDER FILED:**      April 1, 2013

**JUSTICES:**      Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**      N/A – Court Order

**SOURCE OF APPEAL:**      Providence County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Walter R. Stone

**ATTORNEYS ON APPEAL:**

For Appellant:   Matthew I. Shaw, Esq.

For Appellee:   Megan K. Maciasz, Esq.